In the Matter of the Claim of MICHAEL BIANC, Respond-
ent, against NEW YORK CENTRAL RAILROAD COMPANY,
Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Bianc* v. *N. Y. Central R. R. Co.*, 186 App. Div. 925, affirmed.
(Argued January 7, 1919; decided April 8, 1919.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 19, 1918, affirming an award of the state indus-
trial commission made under the Workmen's Compensa-
tion Law. The award included an allowance for facial
disfigurement as permitted by subdivision 3 of section
15 of said statute. Defendant contended that no notice
of injury was given to the employer; that the award for
disfigurement was not for loss of earning power, but by
way of damages, and, therefore, violative of the due process
clause of the Fourteenth Amendment to the Federal
Constitution, and that such an award, being for damages
rather than for loss of earning power, could be made only
by a jury, under section 2 of article 1 of the Constitution
of the state of New York.

*Robert E. Whalen* for appellant.

*Charles D. Newton, Attorney-General (E. C. Aiken* of
counsel), for respondent.

Order affirmed, with costs, on authority of *Matter of
Sweeting* v. *American Knife Co.* (226 N. Y. 199).

Concur: HISCOCK, Ch. J., CARDOZO, POUND,
McLAUGHLIN and ANDREWS, JJ. CHASE and HOGAN, JJ.,
vote to remit to Industrial Commission for further hearing.